## Lawrence B. WHITENER, Appellant,

v.

## UNITED STATES POSTAL SERVICE and National Association of Letter Carriers, AFL–CIO, Appellees.

### No. 00–5261.

United States Court of Appeals, District of Columbia Circuit.

May 24, 2001.

Before EDWARDS, Chief Judge; RANDOLPH and TATEL, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. The court has determined that the issues presented occa-

sion no need for an opinion. *See* Fed. R.App. P. 36; D.C.Cir. Rule 36(b). It is

ORDERED AND ADJUDGED that the district court's orders filed September 17, 1998 and June 13, 2000 be affirmed substantially for the reasons stated in the memoranda filed the same dates.

The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely peti-

tion for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.